# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : CHAPTER 13
**JONEEN  WALKER**                      :
                                        : BANKRUPTCY NO. **17-16189 ELF**
            Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 9/11/2018 At 09:30 A.M. before the Hon. Eric L. Frank.

                                        Respectfully submitted,

Date: August 14, 2018

                                        /s/LeRoy W. Etheridge, Esquire for
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee
                                        P.O. Box 1299
                                        Philadelphia, PA  19105