United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-16189-elf
Joneen Walker                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Aug 15, 2018
                             Form ID: 160           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db            +Joneen Walker,    6212 Callowhill Street,    Philadelphia, PA 19151-4102
14013021      +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13989745      +E-mail/Text: blegal@phfa.org Aug 16 2018 02:02:54      PHFA,    211 North Front Street,
               Harrisburg, PA 17101-1466,   Attn: ALSV/Anne
14060634      +E-mail/Text: blegal@phfa.org Aug 16 2018 02:02:55      Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
14014729       E-mail/Text: appebnmailbox@sprint.com Aug 16 2018 02:02:52      Sprint Corp,
               Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
                                                                                    TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              DIANE E. BARR    on behalf of Debtor Joneen  Walker barrdupree09@yahoo.com,   dbarrcg@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor  Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Joneen Walker

      Debtor(s)

Case No: 17−16189−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Court,


      on: 9/11/18

      at: 09:30 AM

      in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.


Dated: 8/15/18

For The Court

Timothy B. McGrath
Clerk of Court


44
Form 160